

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 29, 2015

Shayne D. Moses
Moses, Palmer & Howell, L.L.P.
309 West 7th Street, Suite 815
Fort Worth, TX 76102

Bruce K. Spindler
Langley & Banack, Inc.
745 East Mulberry, Suite 900
San Antonio, TX 78212-3166

Robinson C. Ramsey
Langley & Banack, Inc.
745 East Mulberry, Suite 900
San Antonio, TX 78212-3141

Donato D. Ramos, Jr.
Law Offices of Donato D. Ramos, LLP
6721 McPherson Road, Suite 350
Laredo, TX 78045

RE:    Court of Appeals Number:    04-14-00903-CV
         Trial Court Case Number:    14-01-12171-DCVAJA
         Style:    Lightning Oil Company v. Anadarko E&P Onshore LLC
               f/k/a Anadarko E&P Company, LP

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on July 22, 2015, at 9:00 AM, before a panel consisting of Justice Marialyn Barnard, Justice Patricia O. Alvarez, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

Marialyn Barnard, Justice

Cc: Stephen Ahl
     John W. Petry
     David Palmer
     Timothy Howell